JS - 6   **LINK: 38**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-02609 GAF-RZx | Date | December 12, 2013 |
|---|---|---|---|
| Title | Cynthia Ziemer v. Wells Fargo Bank NA et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER DISMISSING CASE & VACATING ORDER TO SHOW CAUSE

On October 4, 2013, the Court dismissed Plaintiff's Second Amended Complaint, with leave to amend. (Docket No. 36 [10/4/13 Order].) On November 8, 2013, upon Plaintiff's failure to amend her pleadings, the Court issued an order to show cause why the action should not be dismissed for lack of prosecution. (Docket No. 38 [11/8/13 Order].) The order specifically warned Plaintiff that if she did not respond by November 26, 2013, the action would be dismissed. To date, however, no response to the Court's order has been filed.

Accordingly, the Court now **DISMISSES** the action without prejudice for lack of prosecution and for failure to respond to the Court's order to show cause. Additionally, the Court's November 8, 2013, order is hereby **VACATED**.

**IT IS SO ORDERED.**